[No. 14054.  Department Two.  February 14, 1918.]

AMERICAN FUEL COMPANY, *Appellant*, v. FRANK H. BENTON *et al.,
Respondents.*[1]

Appeal from a judgment of the superior court for Spokane county,
Blake, J., entered July 11, 1916, upon findings in favor of the de-
fendants, in an action on contract, tried to the court. Affirmed.

*Cullen, Lee & Matthews*, for appellant.
*Del Cary Smith* and *John L. Wiley*, for respondents.

PER CURIAM.—This appeal is from a judgment in favor of the de-
fendants.

The appellant presents questions which can be considered only
upon the facts. The statement of facts was heretofore stricken be-
cause not filed in time. *American Fuel Co. v. Benton*, 98 Wash. 26,
167 Pac. 346. The appellant does not claim that the findings do not
support the judgment. They clearly do. The judgment must there-
fore be affirmed.

———

[No. 13937.  *En Banc.*  March 4, 1918.]

NORTHWESTERN IMPROVEMENT COMPANY *et al., Appellants*, v. PIERCE
COUNTY, *Respondent.*[2]

Appeal from a judgment of the superior court for Pierce county,
Albertson, J., entered September 18, 1916, upon findings in favor of
the defendant, in consolidated actions to recover money paid and to
secure the reduction of taxes, tried to the court. Affirmed.

*Geo. T. Reid, J. W. Quick, L. B. da Ponte, C. A. Murray*, and *H. S.
Griggs*, for appellants.
*Fred G. Remann, Harry E. Phelps*, and *A. B. Bell*, for respondent.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court
still adhere to the opinion heretofore filed herein as reported in
97 Wash. 528, 167 Pac. 33, and for the reasons there stated, the
judgment is affirmed.

[1]Reported in 170 Pac. 1013.
[2]Reported in 171 Pac. 60.